UNITED STATES of America,
Plaintiff–Appellee,

v.

Hugo Roman ALMENDAREZ–TORRES,
Defendant–Appellant.

No. 96–10254
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 22, 1996.

John Preston Bradford, Assistant U.S. Attorney, Dallas, TX, for Plaintiff–Appellee.

Peter Michael Fleury, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before KING, DUHÉ and DeMOSS,
Circuit Judges.

PER CURIAM:

Hugo Roman Almendarez–Torres appeals his judgment of conviction and sentence after pleading guilty to reentry after deportation in violation of 8 U.S.C. § 1326. He argues that he was charged with and pleaded guilty to § 1326(a), simple reentry, but that he was sentenced as if he had pleaded guilty to reentry following a conviction for an aggravated felony for purposes of § 1326(b)(2). His argument is foreclosed by this court's opinion in *United States v. Vasquez–Olvera*, 999 F.2d 943 (5th Cir.1993), *cert. denied*, 510 U.S. 1076, 114 S.Ct. 889, 127 L.Ed.2d 82 (1994).

AFFIRMED.